# LEVEL 1

*These officers, officials Are doing Nothing at all for us?  Here at Elmore prison*

# WATCHFUL WAIT

*July 2020 - put out by Warden Baldwin, Captain McGhee, Capt. Stevens?*



*Not Even The Supervisors are Not*

*The officers on Both shifts are Not at all wearing Any thing*

- **Staff must wear appropriate PPE when entering cell/dorm (Mask and gloves).** *Not Being worn at all by No officers at all Even over their faces*

- Inmates MUST have clean masks available *Not being given out by officers at all.*

- Meals are served at the end of each meal cycle as a dorm/group *Meals Not Nutrishing at all. Rats, Roches, Bugs, Mice in the Kitchen and + unclean.*

- Hygiene and cleaning supplies available to inmates, *were Not being Given Any at all Fall of Mod-summer*

- Bathrooms and showers are to be cleaned after use

- Please use RED HAZARD bags outside cell/dorm door to dispose of PPE's *want give us Any Bag's at all For Garbage etc*

- Inmate movement is restricted. *Keeping Doors Locked all day all night Locked Behind Bar B-one wire windows No officers As of A.R. 506. 50-8.*

- Inmates escorted to medical or mental health units as a dorm/group *were being Denied Adequate Medical Attl and Trutmt From A, D, O-Cr and medical Kestauphs A.R. 708*

- Yard time separate from general population while maintaining 6 ft. of social distancing *when Yard all. All dorms should open, Inmates should be Also Allowed to visit in other dorms.*